UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY JOSEPH WINKLER, | Case No. 2:17-cv-02015-RFB-NJK |
| *Petitioner*, | **ORDER** |
| vs. | |
| ISIDRO BACA, *et al.,* | |
| *Respondents*. | |

This habeas action was filed in the unofficial southern division of this Court by an inmate proceeding *pro se* who is held instead in the unofficial northern division.

Under Local Rule LR IA 1-8(a), a *pro se* inmate must file an action in the unofficial division of the Court in which the inmate is held when the petition is submitted for filing.

The matter therefore will be transferred to the proper division. The transfer of the action does not signify that the action otherwise is free of deficiencies.

IT IS THEREFORE ORDERED that the above-entitled action is hereby transferred to the unofficial northern division of this Court for all further proceedings. The Clerk of Court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the present action under the present docket number shall be closed.

DATED: March 13, 2018.

RICHARD F. BOULWARE, II
United States District Judge